UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE ROBOTAU,<br><br>               Plaintiff,<br><br>    v.<br><br>SAFEWAY INC.,<br><br>               Defendant. | CASE NO. C23-1202 MJP<br><br>ORDER GRANTING STIPULATED MOTION TO ADJUST CASE SCHEDULE |

This matter comes before the Court on the Parties' Stipulated Motion to Adjust the Case Schedule. (Dkt. No. 12.) Having reviewed the Motion and all supporting materials, the Court finds good cause to amend the case schedule and GRANTS the Motion. Although the Parties ask the Court to provide an additional 90 days for discovery and 75 more days for all other pre-trial deadlines and the trial date, the Court finds that a more modest extension is appropriate based on the facts presented. The Court therefore sets the following amended case schedule. The Court notes that all other requirements set forth in the initial Case Schedule Order continue to apply. (See Dkt. No. 10.) The Court ORDERS as follows:

| Event | Initial Deadline | New Deadline |
|---|---|---|
| Jury Trial Date | October 28, 2024 | November 18, 2024 at 9:00 AM |
| Reports from expert witness under FRCP 26(a)(2) due | April 1, 2024 | May 22, 2024 |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | May 1, 2024 | June 21, 2024 |
| Discovery completed by | May 31, 2024 | July 22, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) | July 1, 2024 | August 12, 2024 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | September 23, 2024 | October 15, 2024 |
| Agreed pretrial order due | October 15, 2024 | November 5, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | October 15, 2024 | November 5, 2024 |
| Pretrial Conference | October 17, 2024 at 1:30 PM | November 12, 2024 at 1:30 PM |
| Length of Jury Trial | 4-5 days | 4-5 days |

The clerk is ordered to provide copies of this order to all counsel.

Dated February 9, 2024.

Marsha J. Pechman
United States Senior District Judge